IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL ACTION NO. |
| ) | 2:07cr155-MHT |
| SYLVIA LASHAY COMER ) | |

**ORDER**

It is ORDERED that defendant Sylvia Lashay Comer's motion to continue (Doc. No. 66) is denied.

DONE, this the 28th day of November, 2007.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**