# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA** <>
<>
    **v.** <> **CASE NUMBER: 2:07-cr-155-MHT-TFM**
<>
**SYLVIA LASHAY COMER** <>

COMES NOW, the defendant, Sylvia Lashay Comer, by and through the undersigned counsel and notifies this Honorable Court of her intent to change her plea from not guilty to guilty. Defendant waives her right to plea in front of a District Judge and consents to do so before a Magistrate Judge. RESPECTFULLY SUBMITTED this the 28th day of November, 2007.

_____
I.M. (Mike) Winter, Jr.  (WIN036)
Attorney For Sylvia Lashay Comer

Suite 300-A; 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
WinterLegal@bellsouth.net

## Certificate of Service

I hereby certify that I have served a copy of this **Error! Reference source not found.** by electronic transmission to Mr. Christopher Snyder, Esquire, Assistant United States Attorney for the Middle District of Alabama.

DONE THIS 29TH DAY OF NOVEMBER, 2007

_____
I.M. (Mike) Winter, Jr.
Attorney For Sylvia Lashay Comer