**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

December 1, 2007

# NOTICE OF DEFICIENCY

**To:**            I. Mike Winter

**From:**          Clerk's Office

**Case Style:**    USA vs. Sylvia Lashay Comer

**Case Number:**   2:07-cr-155-MHT

**Referenced Pleading:**   Document #66 & #71
                           Motion to Continue Trial & Motion Intent to Change Plea

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleadings were docketed with errors. Both documents do no contain the electronic signature. Document number 71 was filed as a motion for miscellaneous relief, the document should have been filed as a notice of intent to change plea (under Other Filings - Notices). The motion will be terminated as filed in error. Please furnish to this office the referenced pleadings in conventional form for replacement with the correct signatures.**