IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 2:07-cr-155-MHT-TFM** |
| ) | |
| **SYLVIA LASHAY COMER,** ) | |

**United States's Motion for Downward Departure for Substantial Assistance**

The United States moves this Court to reduce Defendant Sylvia Lashay Comer's sentence by three offense levels based on Comer's substantial assistance in this case. As grounds for this Motion, the United States notes:

1. Prior to pleading guilty in this case, Comer cooperated with the United States. Comer provided information about at least one co-defendant and about the conspiracy in this case. Since pleading guilty, Comer has continued to provide information, to the best of her ability, and has agreed to testify, if necessary, at any hearings the United States requires. For example, Comer was available at the request of the United States to testify at co-defendant Cecily Provo's sentencing. Comer's testimony was, however, ultimately not required.

2. The United States submits that to the best of its knowledge Comer has been truthful with federal investigators. As part of the plea agreement, Comer has waived her right to appeal and/or collaterally attack the sentence imposed in this case. Therefore, the United States asks this Court to depart three offense levels under Guidelines § 5K1.1

based upon Comer's substantial assistance.

    Respectfully submitted this the 4th day of March, 2008.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Christopher Snyder
                                                CHRISTOPHER A. SNYDER
                                                Assistant United States Attorney
                                                131 Clayton Street
                                                Montgomery, AL 36104
                                                Phone: (334) 223-7280
                                                Fax: (334) 223-7135
                                                E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to I.M. "Mike" Winter.

                                                /s/ Christopher Snyder
                                                CHRISTOPHER A. SNYDER
                                                Assistant United States Attorney