### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-155-MHT-TFM** |
| | ) | |
| **SYLVIA LASHAY COMER,** | ) | |
| | ) | |

### Joint Notice of Typographical Error in Plea Agreement

The United States, through its undersigned counsel, and Defendant Sylvia LaShay Comer, through her counsel, I.M. "Mike" Winter,  notify the Court of a typographical error located on page 3, paragraph 3(a) of the parties' plea agreement, DE #86.  In the plea agreement the word "concurrent" was erroneously written instead of the word "consecutive."  It was and is the parties' understanding that:: (1) the word should have been "consecutive" and (2) that Comer's statutory sentence for her aggravated identity theft conviction must run consecutive to her Guidelines sentence for her bank fraud conviction.

Respectfully submitted this the 4th day of March, 2008,

LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER